IN THE SUPREME COURT OF THE STATE OF NEVADA

U.S. BANK TRUST NATIONAL
ASSOCIATION, AS TRUSTEE FOR J.P.
MORGAN ALTERNATIVE LOAN
TRUST 2007-A2 MORTGAGE PASS-
THROUGH CERTIFICATES,

Appellant,

vs.

SFR INVESTMENTS POOL 1, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,

Respondent.

No. 72221

**FILED**

OCT 17 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Gloria Sturman, District Judge
Janet Trost, Settlement Judge
Ballard Spahr LLP/Las Vegas
Ballard Spahr LLP/Washington DC
Kim Gilbert Ebron
Eighth District Court Clerk

18-40736